UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALYSSA A. WRIGHT | : | CIVIL ACTION |
| Plaintiff | | |
| | | |
| v. | : | NO. 3: 02-CV 1398 (AWT) |
| | | |
| PATRIC DELCIOPPO, IRENE D. TUREK, | | |
| THOMAS M. SMYTH, JR and | | |
| WOLCOTT BOARD OF EDUCATION | | |
| Defendants | : | DECEMVER 12, 2003 |

## MOTION FOR SUMMARY JUDGMENT NUNC PRO TUNC

The defendants, pursuant to Rule 56 of the Federal Rules of Civil Procedure and Rule 9(C) of the Local Rules of Civil Procedure, hereby moves for Summary Judgment on the Plaintiff's Complaint dated August 9, 2002 and as grounds therefore would show as follows:

1)    There is no genuine material issue of fact.

2)    The defendants are entitled to judgment as a matter of law.

This Motion is filed *nunc pro tunc* as the deadline for filing was December 1. The undersigned represents that due to inadvertence and error on his part, he mistakenly thought the deadline was December 31, 2003. The undersigned moves that in the

ORAL ARGUMENT REQUESTED

interests of justice this late filing be allowed as this is a meritorious motion and the brief delay will not work an injustice on the plaintiff nor unduly postpone the progress of this case.

THE DEFENDANTS
BY

_____
Joseph M. Musco
Fed ID# CT-00495
Smith, Ketaineck, Robertson & Musco
9 Washington Avenue, Suite 3-A
Hamden, CT 06518
Tel: 203-288-2323
Fax: 203-288-5855
Joe.Musco@StPaul.com

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing has been mailed or hand delivered this 16th day of December , 2003 to:

John R. Williams
Williams and Pattis, LLC
51 Elm Street
New Haven, CT 06510

_____
Joseph M. Musco