

FILED

2003 DEC 31 P 2:

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALYSSA A. WRIGHT | : |
| VS. | : |
| | : NO. 3:02CV1398(AWT) |
| PATRIC DelCIOPPO, | : |
| IRENE D. TUREK, | : |
| THOMAS M. SMYTH, JR. and | : |
| WOLCOTT BOARD OF EDUCATION | : DECEMBER 30, 2003 |

## PLAINTIFF'S LOCAL RULE 56 STATEMENT

**I   RESPONSES TO DEFENDANTS' CLAIMS OF FACT**

1. Agree.

2. Agree.

3. Disagree. (DelCioppo affidavit)

4. Agree that each received discipline of one-day's suspension. Disagree that such discipline was "equivalent" since the other student's actions were far worse than those of the plaintiff. (DelCioppo affidavit)

**II   PLAINTIFF'S STATEMENT OF MATERIAL FACTS**

1. The plaintiff reported to defendant DelCioppo that the African-American student had been harassing her on prior occasions. (DelCioppo affidavit, ¶ 8)

2. The plaintiff reported to defendant DelCioppo that the African-American student had, on the date in question, pushed another student into her in the school hallway. (Ibid.)

3. The African-American student admitted using a racial slur against the plaintiff. (Id. ¶ 9)

4. Defendant DelCioppo determined that the plaintiff had used a racial slur in response to being pushed by the African-American student. (Id. ¶ 8)

5. Defendant DelCioppo imposed identical punishments upon the plaintiff and the African-American student. (Id. ¶ 10)

6. The defendant Board of Education knowingly upheld the actions of defendant DelCioppo. (Id. ¶ 13)

7. The incident leading to the plaintiff's suspension was initiated by the African-American student who approached the plaintiff and a friend, stating: "There are those two stupid white girls." (Plaintiff's affidavit to Wolcott Police Department)

8. The African-American student then pushed another student into the plaintiff, causing the plaintiff to fall to the floor. (Ibid.)

9. In response, the plaintiff uttered a single racial epithet. (Ibid.)

10. In response to that, the African-American student threatened to kill the plaintiff. (Ibid.)

11. Prior to this incident, the plaintiff had been the target of racially-motivated harassment by the said student. At least one teacher was aware of this pattern of

misconduct but not only failed to take any action to stop it but actually encouraged it. (Ibid.)

Respectfully submitted:

JOHN R. WILLIAMS (ct00215)
51 Elm Street
New Haven, CT 06510
203/562-9931
FAX: 203/776-9494
E-Mail: jrw@johnrwilliams.com
Plaintiff's Attorney

**CERTIFICATION OF SERVICE**

On the date above stated, a copy hereof was mailed to Joseph M. Musco, Esq., 9 Washington Avenue, Suite 3-A, Hamden, CT 06518.

JOHN R. WILLIAMS

Exhibit A

# WOLCOTT POLICE DEPARTMENT
## WITNESS WRITTEN STATEMENT

879-6258

| DATE | INCIDENT NO. | TIME STARTED | TIME ENDED |
|---|---|---|---|
| 4-9-02 | 02-4594 | 1043 | 1120 |

I, Alyssa A. Wright   date of birth 4-13-84 of 14 Church Dr. Wolcott Ct make the following statement, without fear, threat or promise. I have been advised that any statement(s) made herein which I do not believe to be true, and which statement is intended to mislead a public servant in the performance of his/her official function is a crime under Connecticut General Statute 53a-157.

I am a student at Wolcott High School and on 3-27-02 I was walking in the hallway with my friend Krista Boutote. I was near my locker and ~~you and~~ Krista and I heard Chavon Rodgers say "There are those two stupid white girls". We ignored them and we started walking down the hallway. I believe the girl Chavon was walking with Lorena Joyner pushed Chavon into me in the back and Krista got hit in the back of the leg. After ~~I fell~~ got hit in the back I fell forward and my right knee hit the floor. Another student caught me while I was falling. I don't know who it was or how he caught me but I later learned it was Aaron Grecho. I got up and turned around and asked Lorena what her problem was. Lorena and her friends were laughing at the incident. I turned around and started walking with Krista and I said "Stupid Nigger". One of her friends heard this and went and told Lorena. I could hear yelling at me saying "I can't believe you just said that" "I am going to kill you". Krista and I then went to class. I was then called to the office about what happened in the hallway. While I was in Mr. Delcioppo's office w/ Lorena she said "I am going to have all of my urban friends

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness _____    Signature Alyssa Wright

Witness _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained herein this 9 day of April 20 02 at _____

I notarized, endorse here: _____
Signature and Official Title

Page 1 of 2

come here and kick your ass." She said she didn't like me because I wasn't Urban and she didn't like my clothes, and I had crinkly white hair and ugly toes. This is not the first time that I have been harassed by Lorena or Chavon. One time in February I was in the lunchroom and a teacher Mr. Pape was with Lorena at another lunch table and squished a cherry tomato with them. Someone at the table squished a tomato which ended up going all over me. I turned around and saw Mr. Pape laughing with the girls and I said "Why don't you stop acting immature and act like a teacher". Ever since then I have been having problems with Lorena and her friends. One time in lunch about a week after the tomato incident Chavon was pushed into me by Lorena as I was sitting at the table. They call Chavon the "Pinball" because they are always pushing her into people on purpose. My right knee was bruised and my back near my neck hurts. I want Lorena and Chavon arrested for their actions against me. Every day in the hallway and lunchroom Lorena and Chavon would call us "stupid white bitches".

Please initial each continuation page.

OFFICER: [signature]  
PERSON MAKING STMT.: Alyssa Wright  
WITNESS:  
TIME:  
Page 2 of 2

4/9/02 Capt [signature]
(S) Wolcott, CT