UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALYSSA A. WRIGHT<br>Plaintiff | : | CIVIL ACTION |
| v. | : | NO. 3: 02-CV 1398 (AWT) |
| PATRIC DELCIOPPO, IRENE D. TUREK,<br>THOMAS M. SMYTH, JR and<br>WOLCOTT BOARD OF EDUCATION<br>Defendants | : | JANUARY 5, 2004 |

## MOTION FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT

The Defendants hereby move, pursuant to Fed. R. of Civ. Pro. 6(b)2 for leave to file their Motion for Summary Judgment, previously filed on December 12, 2003, *nunc pro tunc.* The undersigned represents that due to inadvertence and error on his part, he mistakenly thought the deadline was December 31, 2003, when in fact it was December 1, 2003. The undersigned moves that in the interests of justice this late filing be allowed as this is a meritorious motion and the brief delay will not work an injustice on the plaintiff nor unduly postpone the progress of this case. Plaintiff has in fact already filed opposition papers to the undersigned's Motion, so it is ripe to be adjudicated.

Wherefore, for the foregoing reasons, the undersigned respectfully requests that the Court allow the late filing of the Defendants' Motion for Summary Judgment.

_____
Joseph M. Musco
Fed ID# CT-00495
Smith, Ketaineck, Robertson & Musco
9 Washington Avenue, Suite 3-A
Hamden, CT 06518
Tel: 203-288-2323
Fax: 203-288-5855
Joe.Musco@StPaul.com

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing appearance has been mailed or hand delivered this 5th day of January, 2004 to:

John R. Williams
Williams and Pattis, LLC
51 Elm Street
New Haven, CT 06510

_____
Joseph M. Musco