UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALYSSA A. WRIGHT<br>Plaintiff | : | CIVIL ACTION |
| v. | : | NO. 3: 02-CV 1398 (AWT) |
| PATRIC DELCIOPPO, IRENE D. TUREK,<br>THOMAS M. SMYTH, JR and<br>WOLCOTT BOARD OF EDUCATION<br>Defendants | : | OCTOBER 21, 2004 |

## APPEARANCE

To the Clerk of the United States District Court:

Please enter my appearance in addition to counsel already on record for the defendants, PATRIC DELCIOPPO, IRENE D. TUREK, THOMAS M. SMYTH, JR and WOLCOTT BOARD OF EDUCATION.

Dated at North Haven, Connecticut this 21st day of October, 2004.

Nada K. Sizemore
Fed ID# ct10685
Sizemore Law Offices
6 Devine Street, 1st Floor
North Haven, CT 06473
Tel: (203) 407-6000
Fax: (203) 407-6099
Nsizemor@stpaultravelers.com

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing appearance has been mailed or hand delivered this 21st day of October, 2004 to:

John R. Williams
Williams and Pattis, LLC
51 Elm Street
New Haven, CT 06510

_____
Nada K. Sizemore