FILED

2004 DEC 27 A 11: 08

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ALYSSA A. WRIGHT
    Plaintiff                      :        CIVIL ACTION 3:02CV1398 AWT

V.                                         :

PATRIC DELCIOPPO,
IRENE D. TUREK,
THOMAS M. SMYTH, JR. AND
WOLCOTT BOARD OF EDUCATION
    Defendants                    :        December 21, 2004

## APPEARANCE

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for the following defendants:

    Patric DelCioppo, Irene D. Turek, Thomas M. Smyth, Jr. and Wolcott Board of Education

                                                  _____
                                                  Jeffrey G. Schwartz
                                                  LAW OFFICES OF SCOTT B. CLENDANIEL
                                                  P.O. Box 2138
                                                  Hartford, CT  06145-2138
                                                  860-277-7480
                                                  Federal Bar:  CT 00534

## CERTIFICATION

      I hereby certify that a copy of the foregoing has been mailed to:

John R. Williams, Esq.
50 Elm Street
New Haven, CT  06510

                                                    _____
                                                    Jeffrey G. Schwartz