FILED

2005 JAN 19 A 11: 13

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALYSSA A. WRIGHT<br>Plaintiff | : | CIVIL ACTION |
| v. | : | NO. 3: 02-CV 1398 (AWT) |
| PATRIC DELCIOPPO, IRENE D. TUREK,<br>THOMAS M. SMYTH, JR and<br>WOLCOTT BOARD OF EDUCATION<br>Defendants | : | JANUARY 18, 2005 |

## MOTION TO WITHDRAW APPEARANCE

The undersigned hereby moves to withdraw his/her appearance on behalf of the Defendants, **PATRIC DELCIOPPO, IRENE D. TUREK, THOMAS M. SMYTH, JR and WOLCOTT BOARD OF EDUCATION,** in this case, on the basis that new counsel has been retained to defend said parties in the person of Attorney Jeffrey Schwartz of Law Offices of Scott Clendaniel, 300 Windsor Street, Hartford, CT 06120 and he has already filed appearances in the above file.

Therefore, the undersigned respectfully requests that this motion be granted.

*[signature]*

Nada K. Sizemore
Fed ID# ct10685
Sizemore Law Offices
6 Devine Street, 1st Floor
North Haven, CT 06473
Tel: (203) 407-6000
Fax: (203) 407-6099
Nsizemor@stpaultravelers.com

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing has been mailed, postage pre-paid via U.S. mail, or electronically delivered pursuant to P.B. §10-14 as amended January 1, 1999, this 18TH day of January, 2005 to:

John R. Williams, Esq.
51 Elm Street
New Haven, CT  06510

Jeffrey G. Schwartz, Esq.
Law Office of Scott Clendaniel
300 Windsor Street
Hartford, CT 06120

*[signature]*

Nada K. Sizemore