02cv1398mwaps

FILED

2005 JAN 19 A 11: 13

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALYSSA A. WRIGHT<br>Plaintiff | : | CIVIL ACTION |
| v. | : | NO. 3: 02-CV 1398 (AWT) |
| PATRIC DELCIOPPO, IRENE D. TUREK,<br>THOMAS M. SMYTH, JR and<br>WOLCOTT BOARD OF EDUCATION<br>Defendants | : | JANUARY 18, 2005 |

## MOTION TO WITHDRAW APPEARANCE

The undersigned hereby moves to withdraw his/her appearance on behalf of the Defendants, **PATRIC DELCIOPPO, IRENE D. TUREK, THOMAS M. SMYTH, JR and WOLCOTT BOARD OF EDUCATION,** in this case, on the basis that new counsel has been retained to defend said parties in the person of Attorney Jeffrey Schwartz of Law Offices of Scott Clendaniel, 300 Windsor Street, Hartford, CT 06120 and he has already filed appearances in the above file.

FILED 2005 JAN 25 P 2: 56 U.S. DISTRICT COURT HARTFORD, CT.

**GRANTED. It is so ordered.**

Alvin W. Thompson, U.S.D.J.
Hartford CT   1/25/05