```
                   UNITED STATES DISTRICT COURT
                     DISTRICT OF CONNECTICUT


ALYSSA A. WRIGHT,                   :
                                    :
            Plaintiff,              :
                                    :
v.                                  :     3:02CV1398(AWT)
                                    :
PATRIC DELCIOPPO, IRENE D. TUREK,   :
THOMAS M. SMYTH, JR. and            :
WOLCOTT BOARD OF EDUCATION,         :
                                    :
            Defendants.             :
```

**ENDORSEMENT ORDER**

For the reasons set forth below, the defendants' Motion for Summary Judgment Nunc Pro Tunc (Doc. No. 14) is hereby DENIED, without prejudice.

The Complaint sets forth an equal protection claim, and at the heart of the claim appears to be the plaintiff's assertion that the defendants suspended the plaintiff, and only the plaintiff, from school.  See Compl. ¶ 16.  In connection with their motion for summary judgment, the defendants demonstrate that both the plaintiff and the other student who was involved in the incident at issue were suspended for one day.  In her opposition to the motion for summary judgment, the plaintiff argues that the defendants violated her right to equal protection of the law because both students received identical punishments for dramatically different behavior.  The Complaint does not appear to include this theory for an equal protection claim.  On the other

hand, the defendants have not addressed in any reply memorandum this argument raised by the plaintiff.

Accordingly, it appears to the court that the most appropriate course of action is as follows: (1) the plaintiff shall file an amended complaint within 30 days, which shall include a theory of her equal protection claim based on two students receiving identical punishment for dramatically different behavior; and (2) the defendants shall within 30 days after the filing of the amended complaint either file a motion for summary judgment or notify the court that they do not intend to do so.

In addition, the court notes that the motion for summary judgment includes a section addressed to a failure to protect claim. As the court understands the Complaint, it does not include a failure to protect claim, only the equal protection claim described above. Accordingly, unless the plaintiff sets forth in her amended complaint separate counts clearly designating the equal protection claim described above and another or other claims, the complaint shall be construed to set forth only the equal protection claim described above.

It is so ordered.

Dated this 17th day of March 2005, in Hartford, Connecticut.

                                                /s/
                                      Alvin W. Thompson
                              United States District Judge