UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALYSSA A. WRIGHT | | |
|     Plaintiff | : | CIVIL ACTION 3:02CV1398 AWT |
| V. | : | |
| PATRIC DELCIOPPO,<br>IRENE D. TUREK,<br>THOMAS M. SMYTH, JR. AND<br>WOLCOTT BOARD OF EDUCATION | | |
|     Defendants | : | August 9, 2005 |

MOTION FOR LEAVE TO FILE AMENDED MOTION FOR SUMMARY JUDGMENT

      The defendants move, pursuant to F.R.C.P. 6(b)(2) for permission to file an Amended Motion for Summary Judgment, filed herewith, on the following bases:

      1.    The defendants filed a Motion for Summary Judgment on 12/16/03, directed as to the original complaint dated 8/9/02.

      2.    This court denied the Motion for Summary Judgment, by endorsement order dated 3/17/05, without prejudice, so long as plaintiff amended her complaint, to state a claim of equal treatment for disparate conduct, rather than simply unequal treatment (under the 14th Amendment).

      3.    The Amended Complaint was filed, on or about 3/22/05, and an Answer, with Affirmative Defenses, was filed within one week thereafter.

4.      The operative Affirmative Defense is that of qualified immunity.  Plaintiff contends, in brief, that "if a one day suspension is the appropriate discipline for . . . taunting and physical assault, then a one day suspension for uttering a single racial epithet upon being assaulted clearly is excessive."  While this court denied summary judgment based on the foregoing rationale of the plaintiff's opposition brief, the issue of qualified immunity is yet to be adequately considered, in light of what is (or should be) plaintiff's amended complaint; equal treatment of disparate conduct.

5.      Qualified immunity, which tests the objective reasonableness of the defendants' conduct involves a legal determination by the court.  The <u>preferred</u> method of deciding the issue is via summary judgment.  <u>Warren v. Dwyer</u>, 906 F.2nd 70 at 76 (2nd Cir. cert denied, 498 U.S. 967, 111 S. Ct. 431, 112 L. Ed. 2nd 414 1990), <u>Lukos v. Bettencourt</u>, 23 F. Supp. 2d. 175 (1998).  Accordingly, no additional documents are required for purposes of the Amended Motion for Summary Judgment filed herewith.

6.      Plaintiff's counsel was not reachable as to whether he had an objection to this Motion for Leave.

7.      One (similar) motion to extend was filed in December, 2003, where the original Motion for Summary Judgment was filed 15 days out of time, on 12/16/03.

        DEFENDANTS, Patric DelCioppo, Irene D. Turek, Thomas M. Smyth, Jr. & Wolcott Board of Education

        By_____
        Jeffrey G. Schwartz
        LAW OFFICES OF SCOTT B. CLENDANIEL
        P.O. Box 2138
        Hartford, CT  06145-2138
        860-277-7480
        Federal Bar:  CT 00534

## CERTIFICATION

    I hereby certify that a copy of the foregoing has been mailed on 8/9/05 to:

John R. Williams, Esq.
50 Elm Street
New Haven, CT  06510

        _____
        Jeffrey G. Schwartz