**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------------X
ALYSSA A. WRIGHT,                   :
                                    :
              Plaintiff,            :
                                    :
v.                                  :    3:02CV1398(AWT)
                                    :
PATRIC DELCIOPPO, IRENE D. TUREK,   :
THOMAS M. SMYTH, JR. and            :
WOLCOTT BOARD OF EDUCATION,         :
                                    :
              Defendants.           :
------------------------------------X
```

**ENDORSEMENT ORDER**

The defendants' Motion for Leave to File Amended Motion for Summary Judgment (Doc. No. 28) is hereby GRANTED in part and DENIED in part. There is no procedure for amending a motion that has been ruled on. However, it was the court's intention to allow the defendants to file a renewed motion for summary judgment, which must comply with Local Rules 7 and 56.

The Clerk shall return to the defendants the proposed Amended Motion for Summary Judgment.

It is so ordered.

Dated this 12th day of August 2005, in Hartford, Connecticut.

/s/
Alvin W. Thompson
United States District Judge