UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ALYSSA A. WRIGHT
    Plaintiff                    :        CIVIL ACTION 3:02CV1398 AWT

V.                                      :

PATRIC DELCIOPPO,
IRENE D. TUREK,
THOMAS M. SMYTH, JR. AND
WOLCOTT BOARD OF EDUCATION
    Defendants              :        January 18, 2006

## NOTICE OF MANUAL FILING

PLEASE TAKE NOTICE THAT the defendants have manually filed the attached exhibits:

Exhibit A – Affidavit of Patric DelCioppo

Exhibit B – Deposition of William Tully Haywood

This document has not been electronically filed because:

[ X ]    the document (or thing) cannot be converted to an electronic format

[   ]    the electronic file size of the document exceeds 1.5 mb

[   ]    the document (or thing) is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b) or is filed ex parte pursuant to court order, statute or regulation allowing ex parte submissions [e.g. Criminal Justice Act Vouchers submitted pursuant to 18 U.S.C. section 3006A]

[ ]     Plaintiff/Defendant is excused from electronically filing this document (or thing) by court order.

The document has been manually served on all parties.

                DEFENDANTS, Patric DelCioppo, Irene D. Turek, Thomas M. Smyth, Jr. & Wolcott Board of Education

                By_____
                Jeffrey G. Schwartz
                LAW OFFICES OF SCOTT B. CLENDANIEL
                P.O. Box 2138
                Hartford, CT  06145-2138
                860-277-7480
                Federal Bar:  CT 00534

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed on 1/18/06 to:

John R. Williams, Esq.
50 Elm Street
New Haven, CT  06510

                _____
                Jeffrey G. Schwartz