UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALYSSA A. WRIGHT | : | |
| | : | |
| VS. | : | |
| | : | NO. 3:02CV1398(AWT) |
| PATRIC DelCIOPPO, | : | |
| IRENE D. TUREK, | : | |
| THOMAS M. SMYTH, JR. and | : | |
| WOLCOTT BOARD OF EDUCATION | : | FEBRUARY 5, 2006 |

**PLAINTIFF'S AMENDED LOCAL RULE 56 STATEMENT**

*I*     *RESPONSES TO DEFENDANTS' CLAIMS OF FACT*

<u>The plaintiff respectfully moves to strike the defendants' Local Rule 56(a)(1) Statement, dated January 18, 2006, because it does not comply with the requirement of Local Rule 56(a)(1) that it set forth its claims "in separately numbered paragraphs meeting the requirements of Local Rule 56(a)(3)...."</u>

Because the defendants have elected to ignore the requirement of setting forth their claims in separately numbered paragraphs, it is not possible for the plaintiff to respond to them in an intelligible manner.  The plaintiff, therefore, denies the allegations set forth in the document as a whole and, in support of her denial, cites the DelCioppo Affidavit and her sworn Complaint to the Wolcott Police Department, both of which were filed with respect to the defendants' previous motion for summary judgment and the plaintiff's opposition thereto.

1

## II    PLAINTIFF'S STATEMENT OF MATERIAL FACTS

1. The plaintiff reported to defendant DelCioppo that the African-American student had been harassing her on prior occasions. (DelCioppo affidavit, filed in support of the defendants' prior motion for summary judgment, ¶ 8)

2. The plaintiff reported to defendant DelCioppo that the African-American student had, on the date in question, pushed another student into her in the school hallway. (Ibid.)

3. The African-American student admitted using a racial slur against the plaintiff. (Id. ¶ 9)

4. Defendant DelCioppo determined that the plaintiff had used a racial slur in response to being pushed by the African-American student. (Id. ¶ 8)

5. Defendant DelCioppo imposed identical punishments upon the plaintiff and the African-American student. (Id. ¶ 10)

6. The defendant Board of Education knowingly upheld the actions of defendant DelCioppo. (Id. ¶ 13)

7. The incident leading to the plaintiff's suspension was initiated by the African-American student who approached the plaintiff and a friend, stating: "There are those two stupid white girls." (Plaintiff's affidavit to Wolcott Police Department)

8. The African-American student then pushed another student into the plaintiff, causing the plaintiff to fall to the floor. (Ibid.)

9. In response, the plaintiff uttered a single racial epithet. (Ibid.)

10. In response to that, the African-American student threatened to kill the plaintiff. (Ibid.)

11. Prior to this incident, the plaintiff had been the target of racially-motivated harassment by the said student. At least one teacher was aware of this pattern of misconduct but not only failed to take any action to stop it but actually encouraged it. (Ibid.)

THE PLAINTIFF

BY:_____
JOHN R. WILLIAMS (ct00215)
51 Elm Street
New Haven, CT 06510
203/562-9931
FAX: 203/776-9494
E-Mail: jrw@johnrwilliams.com
Her Attorney

CERTIFICATION OF SERVICE

On the date above stated, a copy hereof was mailed to Attorney Jeffrey G. Schwartz, Law Offices of Scott B. Clendaniel, P. O. Box 2138, Hartford, CT 06145-2138.

_____
JOHN R. WILLIAMS