FILED

2006 FEB 10  A 10: 49

UNITED STATES DISTRICT COUNT
DISTRICT OF CONNECTICUT

ALYSSA A. WRIGHT                    :

      PLAINTIFF                    :    CIVIL ACTION NO.
                                        3:02-CV1398 (AWT)
VS.                                 :

PATRIC DELCIOPPO, IRENE D.          :
TUREK, THOMAS M. SMYTH, JR. and
WOLCOTT BOARD OF EDUCATION          :

      DEFENDANT                   :    FEBRUARY 9, 2006


### MOTION TO WITHDRAW APPEARANCE

The undersigned hereby moves to withdraw his appearance on behalf of the Defendant(s)

PATRIC DELCIOPPO, IRENE D. TUREK, THOMAS M. SMYTH, JR. and WOLCOTT

BOARD OF EDUCATION, in this case, on the basis that new counsel has been retained to

defend said parties in the person of Jeffrey G. Schwartz, Law Offices of Scott B. Clendaniel, 300

Windsor Street, Hartford, CT  06120 and he has already filed an appearance in the above file.

Therefore, the undersigned respectfully requests that this motion be granted.

BY_____

Joseph M. Musco (ct 00495)
Law Office s of Brian J. Farrell, Jr.
555 Long Wharf Drive, 9th Floor
New Haven, CT  06511
Tel: (203) 782-4122
Fax:  (203) 782-4128
E-Mail:  jmusco@bfarrelllaw.com

## CERTIFICATION

       This is to certify that a copy of the foregoing was mailed via U.S. mail, postage prepaid or electronically delivered pursuant to Practice Book Section 10-14 as amended January 1, 1999 on the 9th day of February, 2006.

John R. Williams, Esq.
51 Elm Street
New Haven, CT  06510

Jeffrey G. Schwartz, Esq.
Law Offices of Scott Clendaniel
300 Windsor Street
Hartford, CT  06120

_____
Joseph M. Musco