UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALYSSA A. WRIGHT | | |
|     Plaintiff | : | CIVIL ACTION 3:02CV1398 AWT |
| V. | : | |
| PATRIC DELCIOPPO,<br>IRENE D. TUREK,<br>THOMAS M. SMYTH, JR. AND<br>WOLCOTT BOARD OF EDUCATION | | |
|     Defendants | : | February 13, 2006 |

NOTICE OF MANUAL FILING

PLEASE TAKE NOTICE THAT the defendants have manually filed the attached exhibits:

Exhibit A – Affidavit of Patric DelCioppo

Exhibit B – Deposition of William Tully Haywood

This document has not been electronically filed because:

[ X ] the document (or thing) cannot be converted to an electronic format

[ ] the electronic file size of the document exceeds 1.5 mb

[ ] the document (or thing) is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b) or is filed ex parte pursuant to court order, statute or regulation allowing ex parte submissions [e.g. Criminal Justice Act Vouchers submitted pursuant to 18 U.S.C. section 3006A]

[ ]   Plaintiff/Defendant is excused from electronically filing this document (or thing) by court order.

The document has been manually served on all parties.

        DEFENDANTS, Patric DelCioppo, Irene D. Turek, Thomas M. Smyth, Jr. & Wolcott Board of Education

By_____
Jeffrey G. Schwartz
LAW OFFICES OF SCOTT B. CLENDANIEL
P.O. Box 2138
Hartford, CT  06145-2138
860-277-7480
Federal Bar:  CT 00534

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed on 2/13/06 to:

John R. Williams, Esq.
50 Elm Street
New Haven, CT  06510

        _____
        Jeffrey G. Schwartz