36

02cv1398mwthdr

FILED

2006 FEB 10 A 10: 49

UNITED STATES DISTRICT COUNT
DISTRICT OF CONNECTICUT

DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| ALYSSA A. WRIGHT | : |
| PLAINTIFF | : CIVIL ACTION NO. |
|  | 3:02-CV1398 (AWT) |
| VS. | : |
| PATRIC DELCIOPPO, IRENE D. TUREK, THOMAS M. SMYTH, JR. and WOLCOTT BOARD OF EDUCATION | : |
| DEFENDANT | : FEBRUARY 9, 2006 |

## MOTION TO WITHDRAW APPEARANCE

The undersigned hereby moves to withdraw his appearance on behalf of the Defendant(s) PATRIC DELCIOPPO, IRENE D. TUREK, THOMAS M. SMYTH, JR. and WOLCOTT BOARD OF EDUCATION, in this case, on the basis that new counsel has been retained to defend said parties in the person of Jeffrey G. Schwartz, Law Offices of Scott B. Clendaniel, 300 Windsor Street, Hartford, CT 06120 and he has already filed an appearance in the above file.

FILED 2006 FEB 28 A 10: 03 DISTRICT COURT HARTFORD, CT

**GRANTED.   It is so ordered.**

Alvin W. Thompson, U.S.D.J.
Hartford, CT 02/27/06

02cv1398end36