UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ALYSSA A. WRIGHT
    Plaintiff                                     :        CIVIL ACTION 3:02CV1398 AWT

V.                                                  :

PATRIC DELCIOPPO,
IRENE D. TUREK,
THOMAS M. SMYTH, JR. AND
WOLCOTT BOARD OF EDUCATION
    Defendants                             :        May 15, 2007

REVISED TRIAL MEMORANDUM

The undersigned defendants hereby revise the Trial Memorandum previously filed by adding one additional witness:

1.    Rosemary Tessier will testify as to what records are maintained, expunged and forwarded to third parties under 10-233c C.G.S.

                                                    DEFENDANTS, Patric DelCioppo, Irene D. Turek,
                                                    Thomas M. Smyth, Jr. & Wolcott Board of
                                                    Education

                                                    By____/s/ Jeffrey G. Schwartz_____
                                                    Jeffrey G. Schwartz
                                                    LAW OFFICES OF DEAN E. WEDDALL
                                                    P.O. Box 2138
                                                    Hartford, CT  06145-2138
                                                    860-277-7480
                                                    Federal Bar:  CT 00534

<u>CERTIFICATION</u>

I hereby certify that a copy of the foregoing has been mailed on 5/15/07 to:

John R. Williams, Esq.
50 Elm Street
New Haven, CT  06510

                                          _/s/ Jeffrey G. Schwartz_____
                                          Jeffrey G. Schwartz