**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
ALYSSA A. WRIGHT,                      :
                                       :
            Plaintiff,                 :
                                       :
v.                                     :   3:02CV1398(AWT)
                                       :
PATRIC DELCIOPPO, IRENE D. TUREK,      :
THOMAS M. SMYTH, JR. and               :
WOLCOTT BOARD OF EDUCATION,            :
                                       :
            Defendants.                :
```

**SCHEDULING ORDER RE JURY SELECTION AND TRIAL**

During the pre-trial conference held on the record today, the court set the following schedule for jury selection and trial in this case:

If the dates become available, jury selection will be held on April 1, 2008, and evidence will commence on April 2, 2008.

If the dates become available and are needed, jury selection will be held on April 17, 2008, and evidence will commence on April 28, 2008.

If the above dates are not available, jury selection will be held on May 9, 2008, and evidence will commence on May 27, 2008.

It is so ordered.

Dated this 6th day of February 2008, in Hartford, Connecticut.

                                          /s/AWT
                                      Alvin W. Thompson
                             United States District Judge