UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALYSSA A. WRIGHT | : |
| | : |
| VS. | : |
| | : |
| | :   NO. 3:02CV1398(AWT) |
| PATRIC DelCIOPPO, | : |
| IRENE D. TUREK, | : |
| THOMAS M. SMYTH, JR. and | : |
| WOLCOTT BOARD OF EDUCATION | :   May 8, 2008 |

## STIPULATION OF DISMISSAL

The parties in the above-referenced action, pursuant to Federal Rules of Civil Procedure, request that the court dismiss this action with prejudice, and without costs to any party.

          PLAINTIFF

          BY:    /s/ John R. Williams
                JOHN R. WILLIAMS (ct00215)
                51 Elm Street
                New Haven, CT 06510
                203/562-9931
                Fax: 203/776-9494
                jrw@johnrwilliams.com
                Her Attorney

                DEFENDANTS

BY:    /s/ Jeffrey G. Schwartz
       Jeffrey G. Schwartz (ct00534)
       Law Offices of Charles G. Walker
       300 Windsor St.
       P.O. Box 2138
       Hartford, Conn. 06145-2138
       860/277-9421
       Fax:   860/277-9438
       jschwart@travelers.com
       Their attorney

### CERTIFICATION OF SERVICE

On the date above stated, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                /s/ John R. Williams
         JOHN R. WILLIAMS